EXHIBIT B

# U.S. Patent No. 9,185,373 B2

Infringement of U.S. Patent 9,185,373 B2 by Barco

Barco I600-4K10 Laser Projector





# U.S. Patent No. 9,155,373 B2 – Claim 1

**1. A light projecting device comprising**

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.

---

## 10,000 ISO lumen, 4K UHD, single-chip laser phosphor projector

**Source:** Barco, I600-4K10 Projector Specification, downloaded from
https://assets.barco.com/m/264903e29de8c0a4/original/I600-4K10-en-Spec-sheet.pdf (last visited on August 13, 2025).

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.



**Source:** Barco I600-4K10 web page, https://www.barco.com/en/product/i600-4k10 (last visited on August 13, 2025).

| Inputs | HDMI™2.1 (HDCP2.2) / DP1.4 / RJ45 Ethernet / USB(5v) / 12V out / BNC 3D sync in-out |
|---|---|
| Optional Inputs | Quad DP1.2<br>Fiber SFP<br>HDBaseT(Lite)/ HDMI™/ Quad-3G/ 12G/ DMX/ remote CTRL<br>HDBaseT |
| Input resolutions | Including and up to:<br>WUXGA: 1920x1200@240Hz<br>4K UHD: 3840x2400@120Hz |
| Input color depth | up to 36 bpp |

# U.S. Patent No. 9,185,373 B2 – Claim 1

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.

---

The I600-4K10 is a light-weight high-resolution projector with 4K UHD image quality and 10,000 lm brightness. With its focus on long-lasting image quality, multichannel compatibility and its compact size, this single-chip projection platform is your perfect pick, fit for a wide range of applications requiring high-quality content.

Running on the next generation Barco Pulse electronics and our unique Barco SuperShift® technology, the I600 makes for smoother images and sharper pixels at the lowest latency. The laser phosphor light source ensures exceptional color fidelity and image uniformity. Thanks to an internally developed smart algorithm, DynaBlack® enhances the I600 projector contrast ratio up to 20.000:1! With superlative black levels the quality of your content enhances incredibly and the contrast in dark images really stands out.

---

**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

4

Case 2:25-cv-00886-JRG-RSP    Document 1-2    Filed 08/27/25    Page 6 of 23 PageID #: 26

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.



**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html (last visited on August 13, 2025).

5

# U.S. Patent No. 9,195,373 B2 – Claim 1

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

<span style="color:red">said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,</span>

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.



- As a laser is an **electronic device**, it can be very well controlled by electronics. It switches on instantly,

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

6

# U.S. Patent No. 9,185,373 B2 – Claim 1

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

<span style="color:red">said pulses of light sent through a rotating disk,</span>

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

In a **laser-phosphor** light source, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.



## I600-4K10

Subscribe to this product 🔔

10,000 ISO lumen, 4K UHD, single-chip laser phosphor projector

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html on February 18, 2025.

7

# U.S. Patent No. 9,185,373 B2 – Claim 1

**1.** A light projecting device comprising

an interface for connecting the light projecting device to a video generating device;

said interface receiving instructions from the video generating device that specify a video image;

said instructions reformatted by the light projecting device into instructions for activating two or more semiconductor lasers, said lasers energized and de-energized to form pulses of light,

said pulses of light sent through a rotating disk,

such that the video image is projected from the light projecting device in a format such that the video image is visible on a surface.

---

The I600-4K10 is a light-weight high-resolution projector with 4K UHD image quality and 10,000 lm brightness. With its focus on long-lasting image quality, multichannel compatibility and its compact size, this single-chip projection platform is your perfect pick, fit for a wide range of applications requiring high-quality content.

Running on the next generation Barco Pulse electronics and our unique Barco SuperShift® technology, the I600 makes for smoother images and sharper pixels at the lowest latency. The laser phosphor light source ensures exceptional color fidelity and image uniformity. Thanks to an internally developed smart algorithm, DynaBlack® enhances the I600 projector contrast ratio up to 20.000:1! With superlative black levels the quality of your content enhances incredibly and the contrast in dark images really stands out.

---

**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

8

Case 2:25-cv-00886-JRG-RSP    Document 1-2    Filed 08/27/25    Page 10 of 23 PageID #: 30

2. The light projecting device of claim 1 wherein the pulses of light that emerge from the rotating disk comprise pulses of at least three different colors.



In a **laser-phosphor light source**, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.

**Source:** Barco, Laser-phosphor **illumination** in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

**3.** The light projecting device of claim **1** wherein the video generating device is a computing device.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

| Inputs | HDMI™2.1 (HDCP2.2) / DP1.4 / RJ45 Ethernet / USB(5v) / 12V out / BNC 3D sync in-out |
|---|---|
| Optional Inputs | Quad DP1.2<br>Fiber SFP<br>HDBaseT(Lite)/ HDMI™/ Quad-3G/ 12G/ DMX/ remote CTRL<br>HDBaseT |
| Input resolutions | Including and up to:<br>WUXGA: 1920x1200@240Hz<br>4K UHD: 3840x2400@120Hz |
| Input color depth | up to 36 bpp |

# U.S. Patent No. 9,195,373 B2 – Claim 4

**4.** The light projecting device of claim **1** wherein the video generating device is a television receiver.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

| Inputs | HDMI™2.1 (HDCP2.2) / DP1.4 / RJ45 Ethernet / USB(5v) / 12V out / BNC 3D sync in-out |
|---|---|
| Optional Inputs | Quad DP1.2<br>Fiber SFP<br>HDBaseT(Lite)/ HDMI™/ Quad-3G/ 12G/ DMX/ remote CTRL<br>HDBaseT |
| Input resolutions | Including and up to:<br>WUXGA: 1920x1200@240Hz<br>4K UHD: 3840x2400@120Hz |
| Input color depth | up to 36 bpp |

11

6. The light projecting device of claim 1 further comprising a sensor for synchronizing the rotating disk with the one or more semiconductor lasers.



**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html. Note that the yellow phosphor wheel is segmented.

**7.** The light projecting device of claim **1** wherein the one or more semiconductor lasers produce blue light.



In a **laser-phosphor light source**, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

# U.S. Patent No. 9,195,373 B2 – Claim 8

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.

10,000 ISO lumen, 4K UHD, single-chip laser phosphor projector

**Source:** Barco, I600-4K10 Projector Specification, downloaded from https://assets.barco.com/m/264903e29de8c0a4/original/I600-4K10-en-Spec-sheet.pdf on March 5, 2025.

The I600-4K10 is a light-weight high-resolution projector with 4K UHD image quality and 10,000 lm brightness. With its focus on long-lasting image quality, multichannel compatibility and its compact size, this single-chip projection platform is your perfect pick, fit for a wide range of applications requiring high-quality content.

Running on the next generation Barco Pulse electronics and our unique Barco SuperShift® technology, the I600 makes for smoother images and sharper pixels at the lowest latency. The laser phosphor light source ensures exceptional color fidelity and image uniformity. Thanks to an internally developed smart algorithm, DynaBlack® enhances the I600 projector contrast ratio up to 20.000:1! With superlative black levels the quality of your content enhances incredibly and the contrast in dark images really stands out.

**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

14

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.



**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10 on August 12, 2025.

In a **laser-phosphor light source**, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.



# I600-4K10

Subscribe to this product  🔔

10,000 ISO lumen, 4K UHD, single-chip laser phosphor projector

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

<span style="color:red">transmitting said pulses of light through a rotating disk; and</span>

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10 on August 12, 2025.

In a **laser-phosphor** light source, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.

I600-4K10
Subscribe to this product 
10,000 ISO lumen, 4K UHD, single-chip laser phosphor projector

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.

8. A method of delivering a beam of light across a surface comprising

generating a beam of light using two or more semiconductor lasers,

said beam of light consisting of a stream of pulses of light to display on the surface,

transmitting said pulses of light through a rotating disk; and

synchronizing said rotating disk with the lasers such that the pulses of light are modified such that an image is formed on the surface.



**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.  Note that the yellow phosphor wheel is segmented.

9. The method of claim 8 wherein the beam of light directed across the surface forms a visible image on the surface.

The I600-4K10 is a light-weight high-resolution projector with 4K UHD image quality and 10,000 lm brightness. With its focus on long-lasting image quality, multichannel compatibility and its compact size, this single-chip projection platform is your perfect pick, fit for a wide range of applications requiring high-quality content.

Running on the next generation Barco Pulse electronics and our unique Barco SuperShift® technology, the I600 makes for smoother images and sharper pixels at the lowest latency. The laser phosphor light source ensures exceptional color fidelity and image uniformity. Thanks to an internally developed smart algorithm, DynaBlack® enhances the I600 projector contrast ratio up to 20.000:1! With superlative black levels the quality of your content enhances incredibly and the contrast in dark images really stands out.

**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

10. The method of claim 9 wherein the visible image is generated by a computing device.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

| Inputs | HDMI™2.1 (HDCP2.2) / DP1.4 / RJ45 Ethernet / USB(5v) / 12V out / BNC 3D sync in-out |
|---|---|
| Optional Inputs | Quad DP1.2<br>Fiber SFP<br>HDBaseT(Lite)/ HDMI™/ Quad-3G/ 12G/ DMX/ remote CTRL<br>HDBaseT |
| Input resolutions | Including and up to:<br>WUXGA: 1920x1200@240Hz<br>4K UHD: 3840x2400@120Hz |
| Input color depth | up to 36 bpp |

11. The method of claim 9 wherein the visible image is generated by a television receiver.



**Source:** Barco I600-4K10 web page, downloaded from https://www.barco.com/en/product/i600-4k10.

| Inputs | HDMI™2.1 (HDCP2.2) / DP1.4 / RJ45 Ethernet / USB(5v) / 12V out / BNC 3D sync in-out |
| --- | --- |
| Optional Inputs | Quad DP1.2<br>Fiber SFP<br>HDBaseT(Lite)/ HDMI™/ Quad-3G/ 12G/ DMX/ remote CTRL<br>HDBaseT |
| Input resolutions | Including and up to:<br>WUXGA: 1920x1200@240Hz<br>4K UHD: 3840x2400@120Hz |
| Input color depth | up to 36 bpp |

13. The method of claim 8 wherein the one or more semiconductor lasers produces blue light.



In a **laser-phosphor light source**, only the (less expensive) blue lasers are used. The red and green light is generated by illuminating a phosphor surface with blue lasers. The blue light excites the phosphor, which emits a broadband yellow light. This broadband yellow light is captured and is split into red and green light with a color filter. As this method uses only the less expensive blue lasers, the light source can be made more cost-effective, and you see this illumination technology appearing in the lower lumen range. However, as this is a new technology, the price is currently still higher than that of a lamp-based projector, so this method makes economic sense from about 4,000 lm and higher. Below that lumen range, lamp illumination and LED illumination are still the better choice today.

In conclusion, a laser-phosphor projector is a projector that uses only blue lasers and a phosphor wheel to create all colors.

**Source:** Barco, Laser-phosphor illumination in projectors White paper, document downloaded from https://infopages.barco.com/Laser-phosphor-illumination-in-projectors.html.